**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| KENNETH R. KUNZER, | Case No. 0:20-cv-00882-JRT-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| LISA A. HINIKER, et al., | |
| Defendant. | |

---

On April 23, 2020, Plaintiff Kenneth Kunzer filed a "Notice of Removal" purporting to remove The Honorable John R. Tunheim pursuant to Minn. R. Civ. P. 63.03. ECF No. 4. Minnesota Rule of Civil Procedure 63.03 allows a party to remove a judge from a civil case in Minnesota State District Court by filing a notice pursuant to the rule. However, this is a federal case to which the Minnesota Rules of Civil Procedure do not apply. *See* Minn. R. Civ. P. 1 ("These rules govern the procedure in the district courts of the State of Minnesota in all suits of a civil nature…."). Accordingly, Mr. Kunzer's motion to remove Judge Tunheim from this action is **DENIED**.

Date: April 27, 2020

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge